IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM JAMAL TWIGGS : CIVIL ACTION
:
v. :
:
MICHAEL J. ASTRUE, COMMISSIONER OF : NO. 10-1498
SOCIAL SECURITY ADMINISTRATION :

**ORDER**

AND NOW, this 14 day of March, 2011, upon consideration of Plaintiff's Motion for Summary Judgment, or in the alternative, Plaintiff's Motion for Remand, his Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, the Record herein, and after review of the Report and Recommendation of the Honorable M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. Plaintiff's Motion for Summary Judgment or, in the alternative, Plaintiff's Motion for Remand (Docket Entry No. 10) is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

BERLE M. SCHILLER, J.